# United States Court of Appeals
### For the Eighth Circuit

_____

No. 17-1571
_____

Jay D. Lamont,

*Plaintiff - Appellant,*

v.

United States of America,

*Defendant - Appellee.*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Helena

_____

Submitted: February 22, 2018
Filed: February 27, 2018
[Unpublished]

_____

Before COLLOTON, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Federal inmate Jay D. Lamont appeals the adverse grant of summary judgment entered by the district court[1] in his Federal Tort Claims Act action. Upon de novo

---

[1]The Honorable J. Leon Holmes, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Beth

review of the record, *see Beaulieu v. Ludeman*, 690 F.3d 1017, 1024 (8th Cir. 2012), and consideration of Lamont's arguments for reversal, we find no basis for overturning the grant of summary judgment. The judgment of the district court is affirmed. *See* 8th Cir. R. 47B.

_____

_____

Deere, United States Magistrate Judge for the Eastern District of Arkansas.